OPINION — AG — PROVIDING ASSISTANCE TO PERSONS OR FAMILIES OF LOW TO MODERATE INCOME WITHIN A COUNTY IN OBTAINING AND FINANCING HOUSING BY ISSUING OBLIGATIONS AND UNDERTAKING A PROGRAM OF HOUSING FINANCE, CONSTITUTES AN "AUTHORIZED AND PROPER FUNCTION OR PURPOSE" OF A PUBLIC TRUST HAVING A COUNTY AS ITS BENEFICIARY, WITHIN THE MEANING OF 60 O.S. 1978 Supp. 176 [60-176]. (GERALD E. WEIS)